RUCKER, Justice,
dissenting.
I agree rehearing should be granted in this case. However I disagree with the Majority’s resolution. There appears to be some tension between Ind.Code § 35-42 — 2—1(a)(1)(B) making it a criminal offense to commit battery on a law enforcement officer “while the officer is engaged in the execution of the officer’s official duty,” and Ind.Code § 35-41-3-2(b) providing persons the right to use “reasonable force ... if the person reasonably believes that the force is necessary to prevent or terminate the other person’s unlawful entry of or attack on the person’s dwelling.” I would grant rehearing to explore whether, as a matter of Indiana statutory law, defendant Barnes was entitled to a jury instruction regarding police entry into his home.